**Sean P. Ray, OSB No. 075040**
sray@barran.com
**Charlotte K. Hodde, OSB No. 161724**
chodde@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **DONALD DURLAND,** | **Case No.** |
| Plaintiff, | Multnomah County Circuit Court Case No. 19CV51696 |
| v. | NOTICE OF REMOVAL |
| **JESSIE JAMES STRAUB**, an individual; and **STRAUB CONSTRUCTION LLC**, an Oregon limited liability company, | |
| Defendant. | |

TO:      Clerk of the United States District Court for the District of Oregon, Portland Division

AND TO:      Donald Durland and Jon Egan, his attorney of record

PLEASE TAKE NOTICE that Jessie James Straub and Straub Construction LLC ("Defendants") hereby remove the above-entitled action from the Circuit Court of the State of Oregon for Multnomah County to the United States District Court for the District of

Page 1 – **NOTICE OF REMOVAL**

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

Oregon, Portland Division pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446.

In support of this Notice of Removal, Defendants state as follows:

1.     On December 2, 2019, an action was filed against Defendants in the Circuit Court of the State of Oregon for Multnomah County, entitled *Donald Durland v. Jessie James Straub, Straub Construction LLC*, Case No. 19CV51696.

2.     Defendants were served with the Summons and Complaint on December 9, 2019. This Notice of Removal is timely in that it is filed within thirty days after Defendants were served with a copy of the initial pleading setting forth the claims for relief upon which this action is based.

3.     The above-described action is a civil action in which the court has original jurisdiction under the provisions of 28 U.S.C. § 1331 (federal question) and is one which may be removed to this court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a).

4.     The above-entitled action alleges two causes of action for failure to pay the federal minimum wage and overtime wages in violation of 29 USC § 206 of the Fair Labor Standards Act.  (See Plaintiff's Complaint ¶¶ 33-38.)

5.     True and correct copies of the Complaint, Summons, Affidavits of Mailing, and Proofs of Service are attached hereto as Exhibit A, which constitute all of the pleadings served on Defendants and filed in the Circuit Court of the State of Oregon for Multnomah County prior to the filing of this Notice of Removal.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 – **NOTICE OF REMOVAL**

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

6.    The United States District Court for the District of Oregon, Portland Division is the district and division embracing the place where the state court action was pending (*i.e.*, the Circuit Court of the State of Oregon for Multnomah County).

DATED this 7th day of January 2020.

BARRAN LIEBMAN LLP


By ___*s/ Charlotte K. Hodde*_____
    Sean P. Ray, OSB No. 075040
    sray@barran.com
    Charlotte K. Hodde, OSB NO. 161724
    chodde@barran.com

Attorneys for Defendant

Page 3 – **NOTICE OF REMOVAL**

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2020, I served the foregoing **NOTICE OF REMOVAL** on the following parties at the following addresses:

> Jon M. Egan
> Jon M. Egan, PC
> 547 Fifth Street
> Lake Oswego, OR 97034-3009
> jegan@eganlegalteam.com
>
> Attorney for Plaintiff

by the following indicated method or methods set forth below:

☒ **Electronic Filing using the Court's ECF System**

☐ **Facsimile**

☒ **First-class mail, postage prepaid**

☐ **Hand-delivery**

☐ **Overnight courier, delivery prepaid**

☒ **E-mail**

_____ *s/ Charlotte K. Hodde* _____
Sean P. Ray
Charlotte K. Hodde

**CERTIFICATE OF SERVICE**

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212