**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **DONALD DURLAND** and **ROBERT FRITCHIE**, | Case No. 3:20-cv-00031-IM |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| **JESSIE JAMES STRAUB** and **STRAUB CONSTRUCTION LLC**, | |
| Defendants. | |

Based on the Court's Orders, ECF 47 & 49, **IT IS ADJUDGED** that Plaintiffs' Amended

Motion for Default Judgment, ECF 41, is GRANTED.

DATED this 2nd day of August, 2022.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 1 – JUDGMENT